IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Gerald Eldridge,<br><br>  Plaintiff,<br><br>v.<br><br>JD Schroeder,<br><br>  Defendant. | No. CV14-01325 PHX DGC (ESW)<br><br>**ORDER** |

Plaintiff Joseph Gerald Eldridge has filed a motion for permission and court order to service by ad in USA Today (Doc. 54), request of the court (Doc. 57), and objection to document 50 (Doc. 56). United States Magistrate Judge Eileen S. Willett has issued a report and recommendation ("R&R") recommending that the motions be denied and the case be dismissed without prejudice. Doc. 58. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R, deny the motions, and dismiss the complaint without prejudice.

**IT IS ORDERED:**

1. The R&R (Doc. 58) is **accepted**.
2. The motion for permission and court order to service by ad in USA Today (Doc. 54), request of the court (Doc. 57), and objection to document 50 (Doc. 56) are **denied**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

Dated this 11th day of April, 2016.

*David G. Campbell*
———————————————————
David G. Campbell
United States District Judge